cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVAS DALKILIC; TUNCAY MUKERREM CELIK, <br><br>　　　　　Plaintiff, <br>v. <br><br>TITAN CORPOARTION a Delaware corporation; SOS INTERNATIONAL LIMITED, a New York domestic business corporation, <br><br>　　　　　Defendants. | Civil No. 05cv916 (AJB) <br><br>ORDER GRANTING JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE |

　　　IT IS HEREBY ORDERED pursuant to the parties' joint motion that this case be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear his own attorney's fees and costs.

IT IS SO ORDERED.

DATED: January 25, 2008

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28